1 Jonathan G. Fetterly (State Bar No. 228612)
E-mail: jon.fetterly@hro.com
2 HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
3 Los Angeles, CA  90017-5826
Telephone:   (213) 572-4300
4 Facsimile:   (213) 572-4400

5

Attorney for Plaintiffs
6 VIRGIN RECORDS AMERICA, INC.;
SONY BMG MUSIC ENTERTAINMENT;
7 and UMG RECORDINGS, INC.

8

9

10                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
11

12                    CV08-04863 DDP (JWJx)

13 VIRGIN RECORDS AMERICA, INC., a          Case No.:
California corporation; SONY BMG
14 MUSIC ENTERTAINMENT, a                   **COMPLAINT FOR COPYRIGHT**
Delaware general partnership; and UMG      **INFRINGEMENT**
15 RECORDINGS, INC., a Delaware
corporation,
16
                   Plaintiffs,
17
     vs.
18
JOHN DOE,
19
                   Defendant.
20

21

22

23

24

25

26

27

28

## JURISDICTION AND VENUE

1.     This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2.     This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.     Venue in this District is proper.  See 28 U.S.C. §§ 1391(b), 1400(a). Although the true identity of Defendant is unknown to Plaintiffs at this time, on information and belief, Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction in this District is proper because Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs.  On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In addition, Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide Defendant with the access to the Internet which facilitated Defendant's infringing activities.

## PARTIES

4.     Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

5.     Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

6.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

7.     The true name and capacity of Defendant are unknown to Plaintiffs at this time.  Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address

1

1   assigned to Defendant by his or her ISP on the date and time of Defendant's infringing

2   activity.  <u>See</u> Exhibit A.  Plaintiffs believe that information obtained in discovery will

3   lead to the identification of Defendant's true name.

### COUNT I

### <u>INFRINGEMENT OF COPYRIGHTS</u>

6       8.      Plaintiffs incorporate herein by this reference each and every allegation

7   contained in each paragraph above.

8       9.      Plaintiffs are, and at all relevant times have been, the copyright owners or

9   licensees of exclusive rights under United States copyright law with respect to certain

10  copyrighted sound recordings, including, but not limited to, all of the copyrighted sound

11  recordings on Exhibit A to this Complaint (collectively, these copyrighted sound

12  recordings shall be identified as the "Copyrighted Recordings").  Each of the

13  Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration

14  issued by the Register of Copyrights to each Plaintiff as specified on each page of

15  Exhibit A.

16      10.     Among the exclusive rights granted to each Plaintiff under the Copyright

17  Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute

18  the Copyrighted Recordings to the public.

19      11.     Plaintiffs are informed and believe that Defendant, without the permission

20  or consent of Plaintiffs, has continuously used, and continues to use, an online media

21  distribution system to download and/or distribute to the public certain of the

22  Copyrighted Recordings.  Exhibit A identifies the IP address with the date and time of

23  capture and a list of copyrighted recordings that Defendant has, without the permission

24  or consent of Plaintiffs, downloaded and/or distributed to the public.  Through his or her

25  continuous and ongoing acts of downloading and/or distributing to the public the

26  Copyrighted Recordings, Defendant has violated Plaintiffs' exclusive rights of

27  reproduction and distribution.  Defendant's actions constitute infringement of Plaintiffs'

28

2

copyrights and/or exclusive rights under copyright.  (In addition to the sound recordings listed for Defendant on Exhibit A, Plaintiffs are informed and believe that Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing.  Exhibit A includes the currently-known total number of audio files being distributed by Defendant.)

12.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A.  These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A.  These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

13.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

14.    As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against Defendant for each infringement of each copyrighted recording.  Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

15.    The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering that

3

1  Defendant destroy all copies of copyrighted sound recordings made in violation of

2  Plaintiffs' exclusive rights.

3       WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

4      1.    For an injunction providing:

5          "Defendant shall be and hereby is enjoined from directly or

6          indirectly infringing Plaintiffs' rights under federal or state

7          law in the Copyrighted Recordings and any sound recording,

8          whether now in existence or later created, that is owned or

9          controlled by Plaintiffs (or any parent, subsidiary, or affiliate

10          record label of Plaintiffs) ("Plaintiffs' Recordings"), including

11          without limitation by using the Internet or any online media

12          distribution system to reproduce (i.e., download) any of

13          Plaintiffs' Recordings or to distribute (i.e., upload) any of

14          Plaintiffs' Recordings, except pursuant to a lawful license or

15          with the express authority of Plaintiffs.  Defendant also shall

16          destroy all copies of Plaintiffs' Recordings that Defendant has

17          downloaded onto any computer hard drive or server without

18          Plaintiffs' authorization and shall destroy all copies of those

19          downloaded recordings transferred onto any physical medium

20          or device in Defendant's possession, custody, or control."

21      2.    For statutory damages for each infringement of each Copyrighted

22  Recording pursuant to 17 U.S.C. § 504.

23      3.    For Plaintiffs' costs in this action.

24      4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

25  / / /

26  / / /

27  / / /

28

5.   For such other and further relief as the Court may deem just and proper.

Dated:   July 24, 2008

JONATHAN G. FETTERLY
HOLME ROBERTS & OWEN LLP

By: _____
Jonathan G. Fetterly
Attorney for Plaintiffs
VIRGIN RECORDS AMERICA, INC.;
SONY BMG MUSIC ENTERTAINMENT;
and UMG RECORDINGS, INC.

# EXHIBIT A

# EXHIBIT A

## 207.151.242.18 2008-02-29 07:29:11 EST

| IP Address: 207.151.242.18 2008-02-29 07:29:11 EST | CASE ID# 160865387 |
|---|---|
| | |
| P2P Network: Gnutella | Total Audio Files: 1163 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 297-030 |
| UMG Recordings, Inc. | Weezer | Beverly Hills | Beverly Hills (single) | 377-899 |
| UMG Recordings, Inc. | Kanye West | Jesus Walks | College Dropout | 347-391 |
| UMG Recordings, Inc. | Weezer | Buddy Holly | Weezer (Blue Album) | 187-644 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Jeffrey W. Johnson.

The case number on all documents filed with the Court should read as follows:

## CV08- 4863 DDP (JWJx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

====================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I. (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|
| (b) County Of Residence Of First Listed Plaintiff (Except In U.S. Plaintiff Cases)<br>**New York County, NY** | County Of Residence Of First Listed Defendant (In U.S. Plaintiff Cases Only) |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Jonathan G. Fetterly (SBN: 228612)   Phone: (213) 572-4300<br>HOLME ROBERTS & OWEN LLP   Fax: (213) 572-4400<br>777 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5826 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an "X" in one box only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an "X" in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an 'X" in one box only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multi-district Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT   JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint).
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
**17 U.S.C. § 501 et seq. – copyright infringement**

**VII. NATURE OF SUIT** (Place an 'X" in one box only)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 444 Welfare | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 445 Amer. w/Disabilities-Employment | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 446 Amer. w/Disabilities-Other | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Information Act | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Deter-mination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VII(a) IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No   ☐ Yes
If yes, list case number(s):

FOR OFFICE USE ONLY: Case Number: _____

CV-71 (01/03)   CIVIL COVER SHEET   Page 1 of 2

**CV08-04863**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case?  ☒ No   ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐  A. Appear to arise from the same or substantially identical transactions, happenings, or events;

☐  B. Involve the same or substantially the same parties or property;

☐  C. Involve the same patent, trademark or copyright;

☐  D. Call for determination of the same or substantially identical questions of law, or

☐  E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

**Los Angeles and New York. See Attachment A**

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

**Unknown**

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

**Los Angeles, New York**

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date July 24, 2008

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### ATTACHMENT A

Virgin Records America, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011
County of New York

SONY BMG MUSIC ENTERTAINMENT
550 Madison Avenue
New York, NY 10022-3211
County of New York

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404
County of Los Angeles